NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES W. WHITE,**
*Plaintiff-Appellant,*

v.

**HITACHI, LTD., HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., and HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS B.V.,**
*Defendants-Appellees.*

---

2010-1229

---

Appeal from the United States District Court for the Eastern District of Tennessee in case no. 04-CV-0020, Judge Thomas W. Phillips.

---

## ON MOTION

---

## ORDER

The parties move for an extension of time, until July 9, 2010, for Hitachi, Ltd., et al. to file its principal brief, and an extension of time for James W. White to file his reply brief within 28 days of the date of service of the appellees' principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 1 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Edward R. Reines, Esq.
     G. Hopkins Guy, III, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 1 2010

JAN HORBALY
CLERK